# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL MEYER, an individual, ANA VARELA, as Guardian Ad Litem for minors K. P., P. U., and A. U.,

Plaintiffs,

v.

UNITED STATES OF AMERICA, a government entity,

Defendant.

Case No.:  23-cv-0396-W-MDD

**ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM [DOC. 2]**

Pending before the Court is a motion by Ana Varela for an order appointing her guardian ad litem for Plaintiffs P. U., A. U., and K. P. (together, the "Petitioners").  [Doc. 2.]  The Court decides the matter on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1).

"A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem.  The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action."  Fed. R. Civ. P. 17(c)(2).  This rule "requires a court to take whatever measures it deems proper to protect an incompetent person during litigation."  *United States v. 30.64 Acres of Land, More or*

1

*Less, Situated in Klickitat Cty., State of Wash.*, 795 F.2d 796, 805 (9th Cir. 1986). "[T]he appointment of a guardian ad litem is more than a mere formalism. A guardian ad litem is authorized to act on behalf of his ward and may make all appropriate decisions in the course of specific litigation." *Id.* The question of whether to appoint a guardian ad litem is committed to the district court's sound discretion. *Id.*

The Motion represents that: (1) the Petitioners are minors who live with Ana Varela, who has legal custody of the Petitioners; (2) the Petitioners have no guardian of their estate; (3) Ana Varela is willing to serve as guardian ad litem of the Petitioners and is fully competent to understand and protect the rights of the minors and to have no interest adverse to that of the minors. (*Mot.* [Doc. 2].)

Given the foregoing findings of fact, the petition to appoint the Petitioners' guardian ad litem is **GRANTED**.

Ana Varela is hereby appointed as guardian ad litem for the Petitioners for the purpose of prosecuting this action on their behalf.

**IT IS SO ORDERED.**

Dated:  March 2, 2023

Hon. Thomas J. Whelan
United States District Judge

23-cv-0396-W-MDD