UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MEYER and ANA VARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 3:23-cv-00396-W-MMP<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br>**[ECF No. 13]** |

Before the Court is the parties' joint motion to continue the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") [ECF No. 13], which are currently scheduled for September 26, 2023. [ECF No. 11]. The parties seek an order from the Court continuing these conferences to the week of October 16, 2023. [ECF No. 13].

Here, the parties have represented to the Court that they are conducting informal discovery to pursue a resolution of the case. The Court initially convened an ENE on July 11, 2023 but continued the ENE and CMC to September 26, 2023, in order for the parties

to informally exchange discovery. The parties state that further time is needed to complete informal discovery to allow for meaningful settlement discussions and resolution of the case prior to the ENE.

Having considered the joint motion and for good cause shown, the Court **GRANTS** the motion. The ENE and CMC originally scheduled for September 26, 2023 are **VACATED** and **RESET** for **October 20, 2023** at **2:00 p.m.** before the Honorable Michelle M. Pettit, United States Magistrate Judge. The ENE will be held **via videoconference**[1] unless the parties request an in-person conference.[2] The parties lodge via email (efile_Pettit@casd.uscourts.gov) no later than **October 18, 2023** at 12:00 p.m. updating the Court as to the progress of discovery exchange and settlement negotiations.

If the parties are able to resolve this matter before **October 18, 2023**, the Parties shall file a Notice of Settlement and, in such event, only counsel for the Parties shall appear for a Joint Status Conference on **October 20, 2023** at **2:00 p.m.**

**IT IS SO ORDERED**.

Dated:  September 18, 2023

Honorable Michelle M. Pettit
United States Magistrate Judge

---

[1] The procedures for Zoom are set forth in Appendix A to this Order.

[2] Magistrate Judge Pettit will hold the ENE in person at the parties' request. **Within seven days of the date of this Order**, the parties shall meet and confer to determine if an in-person ENE conference would be productive in this matter. If all parties agree to conduct the ENE in person, counsel for Plaintiff shall submit the request to proceed with the ENE conference in person via email (efile_Pettit@casd.uscourts.gov) with counsel for all parties copied.