UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MEYER, *an* individual; ANA VARELA, *as Guardian Ad Litem for minors K.P., P.U., and A.U.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 23-cv-0396-W-MMP<br><br>**ORDER:**<br><br>**(1) SETTING BRIEFING SCHEDULE FOR PETITION FOR APPROVAL OF MINOR'S COMPROMISE;**<br><br>**(2) SETTING SETTLEMENT DISPOSITION CONFERENCE; AND**<br><br>**(3) VACATING ALL REMAINING DEADLINES IN CASE MANAGEMENT ORDER** |

On March 15, 2024, the Parties filed a Joint Notice of Settlement indicating that a settlement has been reached as to the entirety of this case, including with respect to minors K.P., P.U., and A.U. [ECF No. 21.]

Civil Local Rule 17.1(a) provides that:

No action by or on behalf of a minor or incompetent, or in which a minor or incompetent has an interest, will be settled, compromised, voluntarily discontinued, dismissed or terminated without court order or judgment. All

1

settlements and compromises must be reviewed by a magistrate judge before any order of approval will issue.

CivLR 17.1(a). Accordingly, the Court **HEREBY ORDERS** the following:

1. **Petition for Approval of Minor's Compromise**: A Petition for Approval of Minor's Compromise ("Petition") shall be filed on or before **April 12, 2024**. The Petition should address:

    a. The compromised claims;

    b. The terms of settlement, with a copy of the settlement agreement (with the minor's name redacted) attached as an exhibit to the Petition;

    c. The identity of the petitioner, including the petitioner's relationship to the minor plaintiff and the petitioner's financial stake in the matter, if any.

    d. The Parties' position(s) as to whether the settlement is fair, reasonable, and in the minor plaintiff's best interests; and

    e. Any other information the Parties believe would assist this Court's review of the proposed compromise.

The Court strongly prefers that the Petition be filed as a joint motion by the Parties. If this is not possible, the Petition should include a statement from the nonmoving party indicating whether the Petition is opposed and if so, on what basis.

2. **Consent to Magistrate Judge Jurisdiction**. The Parties may consent to the jurisdiction of the undersigned magistrate judge for the limited purpose of entering an order approving the entire minor's settlement or compromise. *See* CivLR 17.1(a). If the Parties wish to consent to the undersigned magistrate judge for approval of the minor's compromise, they must email the attached consent form to the Honorable Thomas J. Whelan at efile_Whelan@casd.uscourts.gov by no later than **April 5, 2024**. The consent for must be executed by the minors K.P., P.U., and A.U., by and through their guardian ad litem, counsel for the minor, a client representative for the settling defendants, and counsel

for defendants. If the Parties decline to consent to magistrate judge jurisdiction, the undersigned will issue a Report and Recommendation regarding the Petition to the district judge, pursuant to 28 U.S.C. § 6369c) and Civil Local Rule 72.1.

      3.      No later than **May 17, 2024**, the Parties shall file a Joint Motion for Dismissal. On the same day the Joint Motion for Dismissal is filed, a proposed order for dismissal for the signature of the Honorable Judge Thomas J. Whelan shall be e-mailed to the chambers of the Honorable Thomas J. Whelan.

      4.      If a Joint Motion for Dismissal and proposed order for dismissal are not submitted by May 17, 2024, then a telephonic, counsel-only Settlement Disposition Conference ("SDC") shall be held on **May 21, 2024** at **10:30 a.m.** before Magistrate Judge Pettit. For purposes of the SDC, the Parties shall jointly call Magistrate Judge Pettit's Chambers at 619-557-3404.

      5.      If a Joint Motion for Dismissal and proposed order for dismissal are received by May 17, 2024, the SDC will be vacated without further court order or action by the Parties.

      6.      The Court **VACATES** the remaining dates and deadlines set forth in the Case Management Order, ECF No. 17, including all trial-related dates.

**IT IS SO ORDERED**.

Dated: March 18, 2024

                                    HON. MICHELLE M. PETTIT
                                    United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MEYER, an individual; ANA VARELA, as Guardian Ad Litem for minors K.P., P.U., and A.U.,<br><br>         Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>         Defendants. | **CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE**<br><br>Case No.: 23-cv-0396-W-MMP |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to enter an order approving the entire settlement or compromise of an action involving minors pursuant to Civil Local Rule 17.1(a). A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have this matter referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have United States Magistrate Judge Michelle M. Pettit conduct proceedings and rule in this case regarding the Petition for Approval of Minor's Compromise only.

| | |
|---|---|
| Signature: _____ | Signature: _____ |
| Print Name: _____<br>Plaintiff Ana Varela, as Guardian Ad Litem for minors K.P., P.U., and A.U. | Print Name: _____<br>Defendant United States of America |
| Date: _____ | Date: _____ |
| Signature: _____ | Signature: _____ |
| Print Name: _____<br>Attorney for Plaintiff Ana Varela, as Guardian Ad Litem for minors K.P., P.U., and A.U. | Print Name: _____<br>Attorney for Defendant United States of America |
| Date: _____ | Date: _____ |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to the Honorable Michelle M. Pettit, United States Magistrate Judge, to conduct proceedings and make rulings in this case regarding the Petition for Approval of Minor's Compromise in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

Date

Honorable Thomas J. Whelan
United States District Judge