UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MEYER, an individual; ANA VARELA, as Guardian Ad Litem for Minors K.P., P.U., and A.U., <br><br>                                Plaintiffs, <br><br> v. <br><br> United States of America, <br><br>                                Defendant. | Case No.: 23-cv-00396-W-MMP <br><br> **ORDER DENYING WITHOUT PREJUDICE PETITION FOR ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM [DOC. 32]** |

     Pending before the Court is a petition ([Doc. 41], the "Petition") for an order appointing plaintiff Michael Meyer as guardian ad litem for his three minor children K.P., P.U., and A.U.—who were all allegedly injured (along with plaintiff Meyer) in a motor vehicle accident with U.S. Border Patrol agents (*see* [Doc. 1], "Complaint" at ¶¶ 15-19). The appointment of plaintiff Meyer as guardian ad litem for his three minor children is apparently to help facilitate settlement of this case by allowing plaintiff Meyer serve as the account holder for his minor children's settlement funds. (*Petition* at ¶ 5.) However, the Court has already granted plaintiff Ana Varela's motion to be appointed the guardian ad litem of K.P, P.U, and A.U. (Ms. Varela is the mother and/or stepmother of the three

1

minor children).  ([Doc. 2] at 1; [Doc. 4] at 2.)  Additionally, nothing on the docket indicates that Ms. Varela has withdrawn from her role as guardian ad litem for K.P, P.U, and A.U.

California Code of Civil Procedure § 372(a) authorizes the appointment of "a" guardian ad litem who has certain power over the litigation.  The Court is unaware of any authority allowing for the appointment of two individuals to share in the exercise of that authority at the same time, nor has the Petition identified any case law or statute allowing the appointment of more than one guardian ad litem at a time.  The appointment of two guardians at a time raises concerns in the event they disagree about, for example, whether a proposed settlement is in the best interests of a minor.  Accordingly, the Court **DENIES** the Petition [Doc. 32] without prejudice.

**IT IS SO ORDERED**.

Dated:  August 21, 2024

_____
Hon. Thomas J. Whelan
United States District Judge